

# NUMBER 13-16-00696-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SANDY PEREZ HERNANDEZ,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                       Appellee.

### On appeal from the 139th District Court
### of Hidalgo County, Texas.

# ORDER TO FILE APPELLATE BRIEF

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Order Per Curiam**

This cause is currently before the Court because appellant has failed to file an appellate brief. Appellant's brief was originally due on October 2, 2017. This Court has granted appellant **ten** extensions of time totaling 326 days to file the brief. Appellant's

brief was due on August 24, 2018. Counsel has nevertheless failed to file an appellate brief in this matter.

Given the foregoing, IT IS ORDERED Joseph A. Connors III, counsel for appellant, file the appellate brief with this Court on or before 5:00 p.m. on September 14, 2018. If counsel fails to file the brief within the foregoing specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. TEX. R. APP. P. 38.8(b)(4). Specifically, the Court may issue an order for counsel to appear in person and show cause why he should not be held in contempt of court.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
4th day of September, 2018.